

3476 Stateview Blvd
Fort Mill, SC 29715
1-800-274-7025

December 1, 2009

Dear CAROLYN BANKOWSKI:

RE: Payment Change Notice Date
Loan Number xxxxxx6809          Client 708
Brian Stephens

Bankruptcy Case Number 09-19996
Mortgagor Name: Brian Stephens

This letter is to advise you of a recent escrow analysis completed for the account referenced above. Please be advised, effective with the 11-09 payment, the new monthly amount is $ 866.23.

If you remit post-petition payments, please update your records to ensure the correct amount is sent, effective with the 11-09 payment.

If you have questions, please call the Bankruptcy department at (800) 274-7025.

Sincerely,

Bankruptcy Department
BK/CPI


Signature   /S/ Jimmy Rivers

NMFL # 14013 04/04

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A

## CERTIFICATE OF SERVICE

I, Jimmy Rivers, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before December 1, 2009.

The filing of this document does not replace any affirmative duty to provide notice of the document to parties in interest. The filing of this notice is provided for information purposes and does not constitute a demand for payment.

**Debtor(s)**
BRIAN STEPHENS
87 PLEASANT ST
TEWKSBURY MA 01876

**Debtor's Attorney**
ROBERT L. O'BRIEN
PO BOX 357
NEW BOSTON NH 03070

**Chapter 13 Trustee**
CAROLYN BANKOWSKI
PO BOX 8250
BOSTON MA 02114

/s/ Jimmy Rivers
Jimmy Rivers

Wells Fargo Home Mortgage
Bankruptcy Department
Phone Number (803) 396-6759
Shikara.L.Day@Wellsfargo.com
3476 Stateview Blvd
Fort Mill, SC 29715