IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MAIN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>STEPHENS BRIAN E<br><br>DEBTOR<br>BAC Home Loans Servicing, L.P. fka<br>Countrywide Home Loans Servicing, L.P.<br>CREDITOR | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.09-19996<br><br><br>CHAPTER11 |

NOTICE OF MORTGAGE PAYMENT CHANGE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and respectfully provides notice of a change of on-going mortgage payment as indicated below.

1. New Payment: $ 2250.35   Effective September 01, 2011

    a. Change Reason:    Escrow Change

    b. Principal and Interest: $ 1724.44

    c. Escrow:    $ 525.91

    d. Total Payment:    $ 2250.35

2. Loan Number:    xxxxx9390

3. All future payments made on the above account should be made payable to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and sent to 7105 Corporate Drive Mail Stop TX2-982-03-03 , Plano, TX 75024-0000.

Dated: June 10, 2011

    Respectfully submitted,
    National Bankruptcy Services

    /s/ Brad Cloud
    Brad Cloud
    9441 LBJ Freeway Suite 250
    Dallas, TX 75243
    972-643-6600
    972-643-6698 (Telecopier)
    E-mail:notice@bkcylaw.com
    Authorized Agent for
    BAC Home Loans Servicing, L.P. fka Countrywide
    Home Loans Servicing, L.P.

## CERTIFICATE OF SERVICE

    I, Brad Cloud, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest on June 10, 2011 via the method listed below:

via electronic notification:
Debtor's Attorney
ROBERT L. O'BRIEN
PO Box 357
New Boston, NH 030700357

via pre-paid regular U.S. mail:
Primary Debtor

| STEPHENS BRIAN E | STEPHENS BRIAN E |
| --- | --- |
| 32 SOUTH RD | 7 Glover Ct Apt 3 |
| LONDONDERRY, NH 3053 | Boston, MA 021272713 |

via electronic notification:
Chapter 11 Trustee
CAROLYN A. BANKOWSKI
PO BOX 8250
BOSTON, MA 21140000

        /s/ Brad Cloud

09-19996

Any questions or objections should be directed to and served on
at the address below:

| | |
| --- | --- |
| Creditor: | BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. |
| Contact: | Customer Service |
| Address 1: | 2380 Performance Dr. Bldg C Mail Stop: RGV-C-32 |
| Address 2: | |
| City: | Richardson |
| State: | TX |
| Zip: | 75082 |
| Telephone: | 1-800-669-5224 |
| Fax: | 972-498-5932 |
| E-mail: | bankruptcy.administration@bankofamerica.com |



BRIAN E STEPHENS                                             June 09, 2011

32 SOUTH RD

LONDONDERRY         NH 3053

**This statement is being furnished <u>for informational purposes only</u> and should not be construed as an attempt to collect against you personally. While in the future, your obligation to BAC Home Loans Servicing, LP may or may not be discharged by operation of law, BAC Home Loans Servicing, LP will retain the ability to enforce its rights against the property securing this loan should there be a default.**

**If you are presently involved in a Chapter 13 proceeding, please be advised that should this amount conflict with any order or requirement of the Court, you are required to obey all orders of the Court.**

---

**PAYMENT CHANGE NOTIFICATION**

This is to advise you that a recent escrow analysis completed on your loan has resulted in a change to your monthly payment.

---

<u>WHAT THIS MEANS</u>

Due to the change in your escrow payment, your current monthly payment of **$ 2,115.35** has also changed.  Effective **9/1/2011** your new monthly payment amount will be **$2,250.35**.

Below is a breakdown of the new payment calculations:

This correspondence is from BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A.

|  |  |
|---|---|
| New Principal & Interest Payment | $1,724.44 |
| New Escrow Payment* | $ 525.91 |
| **New Monthly Payment** | **$2,250.35** |

*\** If your account is included in a Chapter 13 plan, we have credited the escrow account for the amount included in the proof of claim.

### WHAT YOU NEED TO DO

If you have any questions, please contact our Customer Service Department at 1-800-669-5224.

Cc:   ROBERT L. O'BRIEN, ATTNY AT LAW

P.O. BOX 357

NEW BOSTON, NH 3070-0357

**Account #:**  ****9390

**Case #:**  09-19996/MA/

**ID#:**  39009-1999110606

CAROLYN A. BANKOWSKI

PO BOX 8250

BOSTON, MA  2114-0000

SHECHTMAN HALPERIN SAVAGE -ME,MA

1080 MAIN STREET

PAWTUCKET RI 28600000

This correspondence is from BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A.

This correspondence is from BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A.