# United States Bankruptcy Court
### District of Massachusetts

| | | | |
|---|---|---|---|
| In re | **Brian E Stephens** | Case No. | **09-19996** |
| | Debtor(s) | Chapter | **11** |

## DEBTOR'S MOTION FOR ORDER OF DISCHARGE

COMES NOW Debtor, Brian E. Stephens, and for his Motion for Order of Discharge, states:

1. On May 5, 2011, the Court entered an Order Confirming Chapter 11 Plan (Doc. No. 229) ("Confirmation Order"), which confirmed Debtor's Plan of Reorganization (Doc. No. 206) ("Confirmed Plan").

2. On March 6, 2012, the Court entered an Order Granting Debtor's Motion to Administratively Close Individual Chapter 11 Case (Doc. No. 236).

3. As evidenced by the attached detailed accounting, the Debtor has now completed all payments called for under the Confirmed Plan and Confirmation Order.

4. Having completed all plan payments, the Debtor is now eligible for discharge pursuant to § 1141(d)(5)(A).

5. There is no reasonable cause to believe that § 522(q)(1) is applicable to the Debtor, and there is no pending proceeding in which the Debtor may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

6. Pursuant to Fed. R. Bankr. P. 1007(b)(7), the undersigned represents that Debtor has filed a statement of completion of the personal financial management course.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order of Discharge of the Debtor, and grant such other and further relief as the Court deems appropriate.

Date   **April 3, 2018**                      Signature   **/s/ Brian E Stephens**
                                                          **Brian E Stephens**
                                                          Debtor

Attorney   **/s/ Robert L. O'Brien**
           **Robert L. O'Brien BBO#653806**
           **Attorney at Law**
           **P.O. Box 357**
           **New Boston NH 03070-0357**
           **603-741-0411**
           **RobOBJD@gmail.com**