# LOAN PAYMENT SCHEDULE 1202 Main St Tewksbury MA

| ENTER VALUES | |
|---|---:|
| Loan amount | 179,130.96 |
| Annual interest rate | 4.50% |
| Loan period in years | 23 |
| Number of payments per year | 12 |
| Start date of loan | 3/1/2011 |
| Optional extra payments | $0.00 |

| LOAN SUMMARY | |
|---|---:|
| Scheduled payment | $1,042.94 |
| Scheduled number of payments | 276 |
| Actual number of payments | 86 |
| Total early payments | $312.54 |
| Total interest | $108,159.27 |
| LENDER NAME | Chase |

| PMT NO | PAYMENT DATE | BEGINNING BALANCE | SCHEDULED PAYMENT | EXTRA PAYMENT | TOTAL PAYMENT | PRINCIPAL | INTEREST | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | 3/1/2011 | $179,130.96 | $1,042.94 | $156.27 | $1,199.21 | $527.47 | $671.74 | $178,603.49 |
| 2 | 4/1/2011 | $178,603.49 | $1,042.94 | $156.27 | $1,199.21 | $529.44 | $669.76 | $178,074.05 |
| 3 | 5/1/2011 | $178,074.05 | $1,042.94 | $0.00 | $1,042.94 | $375.16 | $667.78 | $177,698.89 |
| 4 | 6/1/2011 | $177,698.89 | $1,042.94 | $0.00 | $1,042.94 | $376.57 | $666.37 | $177,322.32 |
| 5 | 7/1/2011 | $177,322.32 | $1,042.94 | $0.00 | $1,042.94 | $377.98 | $664.96 | $176,944.34 |
| 6 | 8/1/2011 | $176,944.34 | $1,042.94 | $0.00 | $1,042.94 | $379.40 | $663.54 | $176,564.94 |
| 7 | 9/1/2011 | $176,564.94 | $1,042.94 | $0.00 | $1,042.94 | $380.82 | $662.12 | $176,184.12 |
| 8 | 10/1/2011 | $176,184.12 | $1,042.94 | $0.00 | $1,042.94 | $382.25 | $660.69 | $175,801.88 |
| 9 | 11/1/2011 | $175,801.88 | $1,042.94 | $0.00 | $1,042.94 | $383.68 | $659.26 | $175,418.20 |
| 10 | 12/1/2011 | $175,418.20 | $1,042.94 | $0.00 | $1,042.94 | $385.12 | $657.82 | $175,033.08 |
| 11 | 1/1/2012 | $175,033.08 | $1,042.94 | $0.00 | $1,042.94 | $386.56 | $656.37 | $174,646.51 |
| 12 | 2/1/2012 | $174,646.51 | $1,042.94 | $0.00 | $1,042.94 | $388.01 | $654.92 | $174,258.50 |
| 13 | 3/1/2012 | $174,258.50 | $1,042.94 | $0.00 | $1,042.94 | $389.47 | $653.47 | $173,869.03 |
| 14 | 4/1/2012 | $173,869.03 | $1,042.94 | $0.00 | $1,042.94 | $390.93 | $652.01 | $173,478.10 |
| 15 | 5/1/2012 | $173,478.10 | $1,042.94 | $0.00 | $1,042.94 | $392.40 | $650.54 | $173,085.71 |
| 16 | 6/1/2012 | $173,085.71 | $1,042.94 | $0.00 | $1,042.94 | $393.87 | $649.07 | $172,691.84 |
| 17 | 7/1/2012 | $172,691.84 | $1,042.94 | $0.00 | $1,042.94 | $395.34 | $647.59 | $172,296.49 |
| 18 | 8/1/2012 | $172,296.49 | $1,042.94 | $0.00 | $1,042.94 | $396.83 | $646.11 | $171,899.67 |
| 19 | 9/1/2012 | $171,899.67 | $1,042.94 | $0.00 | $1,042.94 | $398.31 | $644.62 | $171,501.35 |
| 20 | 10/1/2012 | $171,501.35 | $1,042.94 | $0.00 | $1,042.94 | $399.81 | $643.13 | $171,101.55 |
| 21 | 11/1/2012 | $171,101.55 | $1,042.94 | $0.00 | $1,042.94 | $401.31 | $641.63 | $170,700.24 |
| 22 | 12/1/2012 | $170,700.24 | $1,042.94 | $0.00 | $1,042.94 | $402.81 | $640.13 | $170,297.43 |
| 23 | 1/1/2013 | $170,297.43 | $1,042.94 | $0.00 | $1,042.94 | $404.32 | $638.62 | $169,893.10 |
| 24 | 2/1/2013 | $169,893.10 | $1,042.94 | $0.00 | $1,042.94 | $405.84 | $637.10 | $169,487.27 |
| 25 | 3/1/2013 | $169,487.27 | $1,042.94 | $0.00 | $1,042.94 | $407.36 | $635.58 | $169,079.90 |
| 26 | 4/1/2013 | $169,079.90 | $1,042.94 | $0.00 | $1,042.94 | $408.89 | $634.05 | $168,671.02 |
| 27 | 5/1/2013 | $168,671.02 | $1,042.94 | $0.00 | $1,042.94 | $410.42 | $632.52 | $168,260.59 |
| 28 | 6/1/2013 | $168,260.59 | $1,042.94 | $0.00 | $1,042.94 | $411.96 | $630.98 | $167,848.63 |
| 29 | 7/1/2013 | $167,848.63 | $1,042.94 | $0.00 | $1,042.94 | $413.51 | $629.43 | $167,435.13 |
| 30 | 8/1/2013 | $167,435.13 | $1,042.94 | $0.00 | $1,042.94 | $415.06 | $627.88 | $167,020.07 |

| PMT NO | PAYMENT DATE | BEGINNING BALANCE | SCHEDULED PAYMENT | EXTRA PAYMENT | TOTAL PAYMENT | PRINCIPAL | INTEREST | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| 31 | 9/1/2013 | $167,020.07 | $1,042.94 | $0.00 | $1,042.94 | $416.61 | $626.33 | $166,603.46 |
| 32 | 10/1/2013 | $166,603.46 | $1,042.94 | $0.00 | $1,042.94 | $418.18 | $624.76 | $166,185.28 |
| 33 | 11/1/2013 | $166,185.28 | $1,042.94 | $0.00 | $1,042.94 | $419.74 | $623.19 | $165,765.54 |
| 34 | 12/1/2013 | $165,765.54 | $1,042.94 | $0.00 | $1,042.94 | $421.32 | $621.62 | $165,344.22 |
| 35 | 1/1/2014 | $165,344.22 | $1,042.94 | $0.00 | $1,042.94 | $422.90 | $620.04 | $164,921.33 |
| 36 | 2/1/2014 | $164,921.33 | $1,042.94 | $0.00 | $1,042.94 | $424.48 | $618.45 | $164,496.84 |
| 37 | 3/1/2014 | $164,496.84 | $1,042.94 | $0.00 | $1,042.94 | $426.07 | $616.86 | $164,070.77 |
| 38 | 4/1/2014 | $164,070.77 | $1,042.94 | $0.00 | $1,042.94 | $427.67 | $615.27 | $163,643.09 |
| 39 | 5/1/2014 | $163,643.09 | $1,042.94 | $0.00 | $1,042.94 | $429.28 | $613.66 | $163,213.82 |
| 40 | 6/1/2014 | $163,213.82 | $1,042.94 | $0.00 | $1,042.94 | $430.89 | $612.05 | $162,782.93 |
| 41 | 7/1/2014 | $162,782.93 | $1,042.94 | $0.00 | $1,042.94 | $432.50 | $610.44 | $162,350.43 |
| 42 | 8/1/2014 | $162,350.43 | $1,042.94 | $0.00 | $1,042.94 | $434.12 | $608.81 | $161,916.31 |
| 43 | 9/1/2014 | $161,916.31 | $1,042.94 | $0.00 | $1,042.94 | $435.75 | $607.19 | $161,480.55 |
| 44 | 10/1/2014 | $161,480.55 | $1,042.94 | $0.00 | $1,042.94 | $437.39 | $605.55 | $161,043.17 |
| 45 | 11/1/2014 | $161,043.17 | $1,042.94 | $0.00 | $1,042.94 | $439.03 | $603.91 | $160,604.14 |
| 46 | 12/1/2014 | $160,604.14 | $1,042.94 | $0.00 | $1,042.94 | $440.67 | $602.27 | $160,163.47 |
| 47 | 1/1/2015 | $160,163.47 | $1,042.94 | $0.00 | $1,042.94 | $442.33 | $600.61 | $159,721.14 |
| 48 | 2/1/2015 | $159,721.14 | $1,042.94 | $0.00 | $1,042.94 | $443.98 | $598.95 | $159,277.16 |
| 49 | 3/1/2015 | $159,277.16 | $1,042.94 | $0.00 | $1,042.94 | $445.65 | $597.29 | $158,831.51 |
| 50 | 4/1/2015 | $158,831.51 | $1,042.94 | $0.00 | $1,042.94 | $447.32 | $595.62 | $158,384.19 |
| 51 | 5/1/2015 | $158,384.19 | $1,042.94 | $0.00 | $1,042.94 | $449.00 | $593.94 | $157,935.19 |
| 52 | 6/1/2015 | $157,935.19 | $1,042.94 | $0.00 | $1,042.94 | $450.68 | $592.26 | $157,484.51 |
| 53 | 7/1/2015 | $157,484.51 | $1,042.94 | $0.00 | $1,042.94 | $452.37 | $590.57 | $157,032.14 |
| 54 | 8/1/2015 | $157,032.14 | $1,042.94 | $0.00 | $1,042.94 | $454.07 | $588.87 | $156,578.07 |
| 55 | 9/1/2015 | $156,578.07 | $1,042.94 | $0.00 | $1,042.94 | $455.77 | $587.17 | $156,122.30 |
| 56 | 10/1/2015 | $156,122.30 | $1,042.94 | $0.00 | $1,042.94 | $457.48 | $585.46 | $155,664.82 |
| 57 | 11/1/2015 | $155,664.82 | $1,042.94 | $0.00 | $1,042.94 | $459.19 | $583.74 | $155,205.63 |
| 58 | 12/1/2015 | $155,205.63 | $1,042.94 | $0.00 | $1,042.94 | $460.92 | $582.02 | $154,744.71 |
| 59 | 1/1/2016 | $154,744.71 | $1,042.94 | $0.00 | $1,042.94 | $462.65 | $580.29 | $154,282.07 |
| 60 | 2/1/2016 | $154,282.07 | $1,042.94 | $0.00 | $1,042.94 | $464.38 | $578.56 | $153,817.69 |
| 61 | 3/1/2016 | $153,817.69 | $1,042.94 | $0.00 | $1,042.94 | $466.12 | $576.82 | $153,351.57 |
| 62 | 4/1/2016 | $153,351.57 | $1,042.94 | $0.00 | $1,042.94 | $467.87 | $575.07 | $152,883.70 |
| 63 | 5/1/2016 | $152,883.70 | $1,042.94 | $0.00 | $1,042.94 | $469.62 | $573.31 | $152,414.07 |
| 64 | 6/1/2016 | $152,414.07 | $1,042.94 | $0.00 | $1,042.94 | $471.39 | $571.55 | $151,942.69 |
| 65 | 7/1/2016 | $151,942.69 | $1,042.94 | $0.00 | $1,042.94 | $473.15 | $569.79 | $151,469.53 |
| 66 | 8/1/2016 | $151,469.53 | $1,042.94 | $0.00 | $1,042.94 | $474.93 | $568.01 | $150,994.61 |
| 67 | 9/1/2016 | $150,994.61 | $1,042.94 | $0.00 | $1,042.94 | $476.71 | $566.23 | $150,517.90 |
| 68 | 10/1/2016 | $150,517.90 | $1,042.94 | $0.00 | $1,042.94 | $478.50 | $564.44 | $150,039.40 |
| 69 | 11/1/2016 | $150,039.40 | $1,042.94 | $0.00 | $1,042.94 | $480.29 | $562.65 | $149,559.11 |
| 70 | 12/1/2016 | $149,559.11 | $1,042.94 | $0.00 | $1,042.94 | $482.09 | $560.85 | $149,077.02 |
| 71 | 1/1/2017 | $149,077.02 | $1,042.94 | $0.00 | $1,042.94 | $483.90 | $559.04 | $148,593.12 |
| 72 | 2/1/2017 | $148,593.12 | $1,042.94 | $0.00 | $1,042.94 | $485.71 | $557.22 | $148,107.41 |

| PMT NO | PAYMENT DATE | BEGINNING BALANCE | SCHEDULED PAYMENT | EXTRA PAYMENT | TOTAL PAYMENT | PRINCIPAL | INTEREST | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| 73 | 3/1/2017 | $148,107.41 | $1,042.94 | $0.00 | $1,042.94 | $487.54 | $555.40 | $147,619.87 |
| 74 | 4/1/2017 | $147,619.87 | $1,042.94 | $0.00 | $1,042.94 | $489.36 | $553.57 | $147,130.51 |
| 75 | 5/1/2017 | $147,130.51 | $1,042.94 | $0.00 | $1,042.94 | $491.20 | $551.74 | $146,639.31 |
| 76 | 6/1/2017 | $146,639.31 | $1,042.94 | $0.00 | $1,042.94 | $493.04 | $549.90 | $146,146.27 |
| 77 | 7/1/2017 | $146,146.27 | $1,042.94 | $0.00 | $1,042.94 | $494.89 | $548.05 | $145,651.38 |
| 78 | 8/1/2017 | $145,651.38 | $1,042.94 | $0.00 | $1,042.94 | $496.75 | $546.19 | $145,154.63 |
| 79 | 9/1/2017 | $145,154.63 | $1,042.94 | $0.00 | $1,042.94 | $498.61 | $544.33 | $144,656.03 |
| 80 | 10/1/2017 | $144,656.03 | $1,042.94 | $0.00 | $1,042.94 | $500.48 | $542.46 | $144,155.55 |
| 81 | 11/1/2017 | $144,155.55 | $1,042.94 | $0.00 | $1,042.94 | $502.35 | $540.58 | $143,653.19 |
| 82 | 12/1/2017 | $143,653.19 | $1,042.94 | $0.00 | $1,042.94 | $504.24 | $538.70 | $143,148.95 |
| 83 | 1/1/2018 | $143,148.95 | $1,042.94 | $0.00 | $1,042.94 | $506.13 | $536.81 | $142,642.82 |
| 84 | 2/1/2018 | $142,642.82 | $1,042.94 | $0.00 | $1,042.94 | $508.03 | $534.91 | $142,134.80 |
| 85 | 3/1/2018 | $142,134.80 | $1,042.94 | $0.00 | $1,042.94 | $509.93 | $533.01 | $141,624.86 |
| 86 | 4/1/2018 | $141,624.86 | $1,042.94 | $0.00 | $1,042.94 | $511.84 | $531.09 | $141,113.02 |

Inexplicably, Chase began refusing payment checks after April 2016, despite Debtor's continually sending them in on a monthly basis.

***Copies of cancelled checks up to April 2016 (the last month they cashed the mailed payments) are attached    Checks in bold outline below were mailed AND cashed***

| | | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Chase 1st on 1202 Main** | $1,483.73 PITI | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 |
| PO BOX 9001871 | $1,042.94 PI | **#834** | **#839** | **#840** | **#842** | **#843** | **#844** | **#846** | **#847** | **#850** |
| Louisville KY 40291 | $440.79 TI | | | | | | | | | |

| | Oct-15 | Nov-15 | Dec-15 |
|---|---|---|---|
| | $1,483.73 | $1,483.73 | $1,483.73 |
| | **#876** | **#878** | **#879** |

| | | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Chase Mortgage** (4.5% | $1,483.73 PITI | **#880** | **#882** | **#886** | **#887** | #888 | #889 | #890 | #892 | #893 |
| PO BOX 182349 | $1,042.94 PI | **$1,483.73** | **$1,483.73** | **$1,483.73** | **$1,483.73** | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 |
| Columbus, OH  43218 | $440.79 TI | | | | | | | | | |

| | Oct-16 | Nov-16 | Dec-16 |
|---|---|---|---|
| | #894 | #896 | #898 |
| | $1,483.73 | $1,483.73 | $1,483.73 |

| | | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Chase Mortgage** (4.5% | $1,483.73 PITI | #900 | #853 | #856 | #858 | #859 | #860 | #862 | #865 | #866 |
| PO BOX 182349 | $1,042.94 PI | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 | $1,483.73 |
| Columbus, OH  43218 | $440.79 TI | | | | | | | | | |

| | Oct-17 | Nov-17 | Dec-17 |
|---|---|---|---|
| | #868 | #870 | #872 |
| | $1,483.73 | $1,483.73 | $1,483.73 |

| | | Jan-18 | Feb-18 |
|---|---|---|---|
| **Chase Mortgage** (4.5% | $1,483.73 PITI | #873 | #875 |
| PO BOX 182349 | $1,042.94 PI | $1,483.73 | $1,483.73 |
| Columbus, OH  43218 | $440.79 TI | | |